**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eugeniu Cheptanaru,<br><br>Plaintiff<br><br>v.<br><br>United States Citizenship and Immigration Services, et al.,<br><br>Defendants | Case No.: 2:26-cv-0948-JAD-EJY<br><br>**Order Dismissing and Closing Case**<br><br>[ECF No. 5] |

Plaintiff Eugeniu Cheptanaru filed this action under the Administrative Procedure Act, seeking to compel the United States Citizenship and Immigration Services (USCIS) to adjudicate his Form I-485 application.[1] The defendants filed a motion to dismiss the case for lack of jurisdiction,[2] and Cheptanaru's deadline to respond to that motion was extended by stipulation to July 10, 2026.[3] Cheptanaru did not file a response or seek a further extension of his deadline to do so, leaving the motion unopposed.

This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting the

[1] ECF No. 1.

[2] ECF No. 5.

[3] ECF Nos. 7, 8.

motion. IT IS THEREFORE ORDERED that the motion to dismiss **[ECF No. 5] is GRANTED, and THIS CASE IS DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 28, 2026